John T. Masterson, Bar #007447
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7330
Fax: (602) 200-7846
jmasterson@jshfirm.com

Attorneys for Defendants City of Phoenix,
Chelsey Rios, Reginald Crawford, and
Brendon Bryce

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Roniah Trotter, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, an Arizona municipal corporation; Chelsey Rios, in her individual capacity; Reginald Crawford, in his individual capacity; Brendon Bryce, in his individual capacity,<br><br>Defendants. | No. 2:20-cv-01706-PHX-SMB-MTM<br><br>**JOINT REPORT RE: GOOD FAITH SETTLEMENT TALKS** |

Pursuant to this Court's Case Management Order (Doc. 24), and subsequent Order Extending Discovery Deadlines (Doc. 35), counsel submit their Joint Report to the Court regarding the Good Faith Settlement Talks. On March 30, 2022 and April 1, 2022, the Parties participated in Good Faith Settlement Talks. While both Parties participated in good faith, they were unable to reach a settlement agreement.

The Parties do not believe assistance from the Court would be beneficial in reaching a resolution and do not request such assistance at this time. In the event settlement is reached in the future, the Parties will promptly notify the Court.

/ / /

/ / /

/ / /

/ / /

10532355.1

DATED this 14th day of April, 2022.

JONES, SKELTON & HOCHULI, P.L.C.


By  */s/ John T. Masterson*
　　John T. Masterson
　　40 N. Central Avenue, Suite 2700
　　Phoenix, Arizona 85004
　　Attorneys for Defendants City of Phoenix,
　　Chelsey Rios, Reginald Crawford, and
　　Brendon Bryce


THE PEOPLE'S LAW FIRM, PLC


By  */s/ Stephen D. Benedetto* (w/permission)
　　Stephen D. Benedetto
　　Heather Hamel
　　645 North 4th Avenue, Suite A
　　Phoenix, AZ 85003
　　Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Stephen D. Benedetto
Heather Hamel
THE PEOPLE'S LAW FIRM, PLC
645 North 4th Avenue, Suite A
Phoenix, AZ 85003
benedetto@the-plf.com
hamel@the-plf.com
*Attorneys for Plaintiff*


 */s/ Cindy Castro*

2
10532355.1