John T. Masterson, Bar #007447
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7330
Fax: (602) 200-7846
jmasterson@jshfirm.com

Attorneys for Defendants City of Phoenix,
Chelsey Rios, Reginald Crawford, and
Brendon Bryce

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Roniah Trotter, a single woman,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, an Arizona municipal corporation; Chelsey Rios, in her individual capacity; Reginald Crawford, in his individual capacity; Brendon Bryce, in his individual capacity,<br><br>　　　　　　　　　　Defendants. | No. 2:20-cv-01706-PHX-SMB-MTM<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

　　　The Parties, by undersigned counsel, submit their Stipulation to Dismiss Plaintiff's Complaint, and all allegations therein, in its entirety, against all Defendants, with prejudice. The Parties will bear their own attorney's fees and costs.

　　　A Proposed Order is attached.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10538059.1

DATED this 18th day of April, 2022.

                                                JONES, SKELTON & HOCHULI, P.L.C.

                                                By  */s/ John T. Masterson*
                                                      John T. Masterson
                                                      40 N. Central Avenue, Suite 2700
                                                      Phoenix, Arizona 85004
                                                      Attorneys for Defendants City of Phoenix, Chelsey Rios, Reginald Crawford, and Brendon Bryce

                                                THE PEOPLE'S LAW FIRM, PLC

                                                By  */s/ Heather Hamel*  (w/permission)
                                                     Stephen D. Benedetto
                                                     Heather Hamel
                                                     645 North 4th Avenue, Suite A
                                                     Phoenix, AZ 85003
                                                     Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Stephen D. Benedetto
Heather Hamel
THE PEOPLE'S LAW FIRM, PLC
645 North 4th Avenue, Suite A
Phoenix, AZ 85003
benedetto@the-plf.com
hamel@the-plf.com
*Attorneys for Plaintiff*


 */s/ Cindy Castro*

2