# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roniah Trotter, | No. CV-20-01706-PHX-SMB (MTM) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is the parties' stipulation to dismiss with prejudice. Doc. 41.

**IT IS ORDERED** the parties' stipulation to dismiss (doc. 41) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**, the parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED** the Clerk of the Court is directed to terminate this action.

Dated this 25th day of April, 2022.

Honorable Susan M. Brnovich
United States District Judge